UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| ULRICA ANN BAILEY | ) | |
| | ) | CASE NO. A12-69797-MGD |
| | ) | |
| DEBTOR | ) | |

**MOTION TO DISMISS**

Comes now MARY IDA TOWNSON, TRUSTEE in the above styled matter, and respectfully shows the Court as follows:

1. Debtor filed a petition for relief under Chapter 13.

2. Debtor has failed to comply with this Court's Order requiring regular monthly payments to the Trustee.  As of June 17, 2013, the Debtor should have paid $2,050.00.  The Debtor has paid a total of $1,436.00, causing a delinquency of $614.00.

WHEREFORE, the Chapter 13 Trustee requests this case be dismissed.

/S/
MARY IDA TOWNSON,TRUSTEE
State Bar No. 715063
191 Peachtree Street, Suite 2200
Atlanta, GA  30303-1740
(404) 525-1110

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                  )        CHAPTER 13
ULRICA ANN BAILEY                       )
                                        )        CASE NO. A12-69797-MGD
                                        )
DEBTOR                                  )

### NOTICE OF HEARING ON MOTION TO DISMISS CASE

PLEASE TAKE NOTE that the Chapter 13 Trustee has filed a Motion To Dismiss and related exhibits with the Court seeking an Order Of Dismissal.

PLEASE TAKE FURTHER NOTICE that the Court will hold a hearing on **July 31, 2013** at **9:45 AM** in **Courtroom 1201**, **Richard Russell Building, 75 Spring Street, SW, Atlanta, GA, 30303**.

Failure to appear at the hearing or failure to resolve the matter prior to the hearing may result in the dismissal of your case.  You should read this motion carefully and discuss it with your attorney, if you have one in your bankruptcy case (if you do not have an attorney, you may wish to consult one).  If you do not want the Court to grant the dismissal of your case, you and/or your attorney must attend the hearing unless you have settled the matter prior to the hearing.

This day, June 21, 2013.

_____/s/_____
Mary Ida Townson
Standing Chapter 13 Trustee
State Bar No. 715063
191 Peachtree Street, Suite 2200
Atlanta, GA 30303
(404) 525-1110

# CERTIFICATE OF SERVICE

A12-69797-MGD

This is to Certify that I have this day served

| Trustee Address On File | Bankruptcy Court Address On File |
|---|---|
| ULRICA ANN BAILEY<br>728 DEERWOOD DRIVE<br>STOCKBRIDGE, GA  30281 | (Same as Trustee Address) |思
| CLARK & WASHINGTON<br>3300 NORTHEAST EXPRESSWAY<br>BUILDING 3, SUITE A<br>ATLANTA, GA  30341 | |

with a copy of the foregoing Motion to Dismiss together with the Notice of Hearing on Motion to

Dismiss Case by depositing in the United States Mail a copy of same in a properly addressed

envelope with adequate postage thereon.

DATED: 6/21/2013

/S/
MARY IDA TOWNSON,TRUSTEE
State Bar No. 715063
191 Peachtree Street, Suite 2200
Atlanta, GA  30303-1740
(404) 525-1110