```
                    UNITED STATES BANKRUPTCY COURT
                     NORTHERN DISTRICT OF GEORGIA
```

**TRUSTEE'S SUPPLEMENTAL REPORT**

**FOLLOWING MOTION TO DISMISS HEARING**

```
     CASE NO.   A12-69797-MGD         MARY GRACE DIEHL, JUDGE
     DEBTOR(S): ULRICA ANN BAILEY     DATE: JULY 31, 2013

        K. EDWARD SAFIR REPORT BACK IN 10 DAYS

        WHETHER THE DEBTOR REMITTED $819.00.

        THE TRUSTEE HAS REVIEWED THE CASE AS INSTRUCTED AND

        THE TRUSTEE HAS NOT RECEIVED A PAYMENT OF $819.00.
        PLEASE ENTER AN ORDER OF DISMISSAL.

        August 20, 2013


                                        _____/s/_____
                                        OFFICE OF THE CHAPTER 13 TRUSTEE
                                        K. EDWARD SAFIR, ESQUIRE
                                        STATE BAR NO. 622149
```

```
     Mary Ida Townson, Chapter 13 Trustee
     Suite 2200 – 191 Peachtree Street, N.E.
     Atlanta, GA  30303-1740
     (404) 525-1110
     eds@atlch13tt.com
```

A12-69797-MGD

## CERTIFICATE OF SERVICE

This is to certify that I have this day served

DEBTOR(S):

ULRICA ANN BAILEY
728 DEERWOOD DRIVE
STOCKBRIDGE, GA 30281

ATTORNEY FOR DEBTOR(S):

CLARK & WASHINGTON, ATTORNEYS
3300 NE EXPRESSWAY #3
ATLANTA, GA  30341

in the above in the foregoing matter with a copy of this pleading by depositing same in the United States Mail in a properly addressed envelope with adequate postage thereon.

This 20th day of August 2013


_____/s/_____
OFFICE OF THE CHAPTER 13 TRUSTEE
K. EDWARD SAFIR, ESQUIRE
STATE BAR NO. 622149




Mary Ida Townson, Chapter 13 Trustee
Suite 2200 – 191 Peachtree Street, N.E.
Atlanta, GA  30303-1740
(404) 525-1110
eds@atlch13tt.com